Nos. 03-2314; 03-2315; 03-2366

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
JAN 2 6 2005
LEONARD GREEN, Clerk

| | |
|---|---|
| WRENCH LLC, a Michigan Limited Liability Company; JOSEPH SHIELDS; THOMAS RINKS | |
| Plaintiffs - Appellees Cross-Appellants | ORDER |
| v. | |
| TACO BELL CORP., a foreign corporation | |
| Defendant - Appellant Cross-Appellee | |

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeals,

**IT IS ORDERED** that the appeals be and they hereby are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*[signature]* /dk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *[signature]*
Deputy Clerk