UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WRENCH LLC, a Michigan
Limited Liability Company;
JOSEPH SHIELDS; and
THOMAS RINKS,

Case No. 1:98-CV-45

HONORABLE GORDON J. QUIST

        Plaintiffs

v.

TACO BELL CORP., a foreign corporation,

        Defendant.
_____/

| | |
|---|---|
| Douglas A. Dozeman | Randall G. Litton |
| Valerie P. Simmons | Price Heneveld Cooper |
| Warner Norcross & Judd LLP | DeWitt & Litton |
| 900 Fifth Third Center | 695 Kenmoor, S.E. |
| 111 Lyon Street, N.W. | P.O. Box 2567 |
| Grand Rapids, MI  49503-2487 | Grand Rapids, MI  49546-2567 |
| (616) 752-2000 | Attorneys for Defendant |
| Attorneys for Plaintiffs | |

_____/

**SATISFACTION OF JUDGMENT**

      Pursuant to Local Rule 67.2 of the United States District Court for the Western District of Michigan, Plaintiffs state that the judgment entered in this case on September 30, 2003 has been satisfied.

Dated:  February 2, 2005

Respectfully submitted,

By:   /s/ Douglas Dozeman
      Douglas Dozeman
      Valerie P. Simmons
      Warner Norcross & Judd LLP
      900 Fifth Third Center
      111 Lyon Street, N.W.
      Grand Rapids, MI  49503-2487
      (616) 752-2000
      Attorneys for Plaintiffs

1079534