UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WRENCH LLC, a Michigan
Limited Liability Company;                    Case No. 1:98-CV-45
JOSEPH SHIELDS; and
THOMAS RINKS,                                 HONORABLE GORDON J. QUIST

       Plaintiffs

v.

TACO BELL CORP., a foreign corporation,

       Defendant.
_____/

| | |
|---|---|
| Douglas A. Dozeman | Randall G. Litton |
| Valerie P. Simmons | Price Heneveld Cooper |
| Warner Norcross & Judd LLP | DeWitt & Litton |
| 900 Fifth Third Center | 695 Kenmoor, S.E. |
| 111 Lyon Street, N.W. | P.O. Box 2567 |
| Grand Rapids, MI  49503-2487 | Grand Rapids, MI  49546-2567 |
| (616) 752-2000 | Attorneys for Defendant |
| Attorneys for Plaintiffs | |

_____/

**PROOF OF SERVICE**

      Douglas A. Dozeman, attorney for Plaintiffs in this matter, states that on February 2, 2005, he directed his secretary, Carolyn Robinson, to serve a copy of the Satisfaction of Judgment upon:

| | |
|---|---|
| Richard J. O'Brien | Joseph R. Guerra |
| Sidley Austin Brown & Wood LLP | Sidley Austin Brown & Wood LLP |
| Bank One Plz. | 1501 K Street NW |
| 10 S Dearborn St. | Washington, DC 20005 |
| Chicago, IL 60603 | |

by placing same in the U.S. Government mail with postage prepaid thereon for first class delivery.

      A copy of said Satisfaction of Judgment was also served electronically on Randall G. Litton at rlitton@priceheneveld.com.

                                          By:   /s/ Douglas Dozeman
                                                  Douglas Dozeman