UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

WRENCH LLC et al,

    Plaintiffs,                                                 Case No. 1:98-cv-00045

v.                                                          Hon. Gordon J. Quist

TACO BELL CORP et al,

    Defendants.

_____/

**ORDER**

The above action is being prepared for storage at the Federal Archives and Records Center. However, it contains the following documents which were sealed by order of the Court:

Brief in Support of Motion to Compel Discovery (Doc. 55); Exhibit A (Doc. 304); Exhibit A to Reply Brief (Doc. 317)

WHEREAS, the Federal Archives and Records Center will not accept sealed records for storage,

IT IS HEREBY ORDERED that the parties show cause in writing within twenty-eight (28) days of the date of this order, why the documents cannot be unsealed for storage. Failure to respond will result in the documents being unsealed and transferred to the Archives without further order. The Court will not destroy or return records to the filer under any circumstances.

IT IS SO ORDERED.


Dated:  January 15, 2013                         /s/  Gordon J. Quist
                                                                   Gordon J. Quist
                                                                     U.S. District Judge