5 Filed 01/16/13 Page 1 of 1 Page ID#4

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN 49503-2363

OFFICIAL BUSINESS

TES OF AMERICA
ES DISTRICT COURT
DISTRICT OF MICHIGAN

Case No. 1:98-cv-00045

Hon. Gordon J. Quist

FILED - GR
January 31, 2013 10:11 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JEM /     SCANNED BY: MS /1/31

Paul E. Veith
Sidley Austin Brown & Wood LLP
Bank One Plz.
10 S Dearborn St.
Chic...

NIXIE

RDER

...torage at the Federal Archives and Records Center.

...which were sealed by order of the Court:

...ery (Doc. 55); Exhibit A (Doc. 304); Exhibit A to

Records Center will not accept sealed records for

...ies show cause in writing within twenty-eight (28)

...cannot be unsealed for storage. Failure to respond

...transferred to the Archives without further order.

...he filer under any circumstances.

Dated: January 15, 2013

/s/ Gordon J. Quist
Gordon J. Quist
U.S. District Judge