UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WRENCH LLC, et al.,

    Plaintiff,

v

TACO BELL CORP.,

    Defendant.

Case No. 1:98-CV-45

Hon. Gordon J. Quist

**NOTICE OF NO OBJECTION TO UNSEALING/TRANSFERRING OF DOCUMENTS**

Plaintiff, through its counsel, Warner Norcross & Judd LLP and in response to this Court's Order of January 16, 2013 (Doc. 475), states that it has no objection to the referenced documents (Doc. 55, 304, and 317) being unsealed and transferred to the Federal Archives and Records Center for storage.

WARNER NORCROSS & JUDD LLP

Dated:  February 1, 2013    By:    /s/ Douglas A. Dozeman
Douglas A. Dozeman (P37581)
Attorneys for Plaintiff
900 Fifth Third Center
111 Lyon, NW
Grand Rapids, MI  49503
616.752.2000
ddozeman@wnj.com